Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**February 19, 2020**

Name of Offender: **Dean Leo Britton**

Case Number:  **2:08CR00011**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **January 9, 2009**

Original Offense: **Receipt of Child Pornography**

Original Sentence: **60 Months prison followed by Lifetime supervised release**

Date Supervision Commenced: **August 2, 2013**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

1. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 45 days, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program.

    ☒  Location monitoring technology at the discretion of the probation officer.

    This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

    ☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

RE: Dean Leo Britton

Prob12B
D/NV Form
Rev. June 2014

## CAUSE

In March of 2009, the undersigned officer wrote a probation form 12A regarding Mr. Britton to Your Honor notifying the court of a pornography violation. Britton was not sanctioned due to this violation, but he did submit a letter to the court accepting responsibility for his actions, while at the same time making a commitment to remain compliant. Britton has experienced a more intensive level of sex offender treatment since this time.

Unfortunately, the officer discovered pornography on Mr. Britton's computer again on December 13, 2019. The officer discovered an open tab on his home screen for a pornographic website called watchersweb.com. Britton adamantly insisted that he did not view the pornography and was unaware how it got onto his computer.

Britton continued with these claims as the device was sent off to a forensic laboratory for analysis. Mr. Britton was subjected to a polygraph examination on February 10, 2020. Mr. Britton accepted responsibility for the pornography but claimed that he did not remember visiting the website that was found on his home page. Forensic results are still pending.

The probation officer finds it appropriate to sanction Mr. Britton for his actions. He has agreed to a modification for 45 days of home confinement with location monitoring. It is respectfully requested to allow the probation office to have the discretion to determine the appropriate type of electronic equipment based the individual needs of Mr. Britton. The probation form 49, waiver of hearing, is attached for Your Honor's review.

Respectfully submitted,

Steven M. Goldner
2020.02.19
13:55:17 -08'00'

Steve M Goldner
Senior United States Probation Officer

Approved:

2020.02.20
08:46:54 -08'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

RE: Dean Leo Britton

Prob12B
D/NV Form
Rev. June 2014

*THE COURT ORDERS*

☐　　No Action.

☐　　The extension of supervision as noted above.

☐　　The modification of conditions as noted above

☑　　Other (please include Judicial Officer instructions below):

　Set for Status conference hearing; June 23, 2020 at 10AM by
------------------------------------------------------------------------------
　video-conference appearance.
------------------------------------------------------------------------------

------------------------------------------------------------------------------

_____
RICHARD F. BOULWARE, II
United States District Judge

June 12, 2020
_____
Date